**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

JUL 19 2022

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOSE GUMERCINDO DE LA CRUZ, | No.   16-72267 |
| Petitioner, | Agency No. A205-714-179 |
| v. | |
| MERRICK B. GARLAND, Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted July 12, 2022**

Before:     SCHROEDER, R. NELSON, and VANDYKE, Circuit Judges.

Jose Gumercindo De La Cruz, a native and citizen of Guatemala, petitions

pro se for review of the Board of Immigration Appeals' ("BIA") order dismissing

his appeal from an immigration judge's decision denying his application for relief

under the Convention Against Torture ("CAT").  We have jurisdiction under

---

\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\* The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

8 U.S.C. § 1252.  We review for substantial evidence the agency's factual findings. *Conde Quevedo v. Barr*, 947 F.3d 1238, 1241 (9th Cir. 2020).  We deny the petition for review.

Substantial evidence supports the agency's denial of CAT relief because De La Cruz failed to show it is more likely than not he will be tortured by or with the consent or acquiescence of the government if returned to Guatemala.  *See Andrade-Garcia v. Lynch*, 828 F.3d 829, 836-37 (9th Cir. 2016) (CAT claim fails where the petitioner is unable to demonstrate torture was or would be inflicted by, at the instigation of, or with the consent or acquiescence of a public official or other person acting in an official capacity); *see also Aden v. Holder*, 589 F.3d 1040, 1047 (9th Cir. 2009).

We reject as unsupported by the record De La Cruz's contention that the BIA ignored evidence or otherwise erred in the analysis of his claims.

**PETITION FOR REVIEW DENIED.**